**CARMEN A. TRUTANICH**, City Attorney (SBN 86629x)
**GARY G. GEUSS,** Chief Assistant City Attorney
**CORY M. BRENTE**, Assistant City Attorney
**RENA M. SHAHANDEH,** Deputy City Attorney (SBN 198072)
200 North Main Street
6th Floor, City Hall East
Los Angeles, CA 90012
Email: rena.shahandeh@lacity.org
Phone No.: (213) 978-7047, Fax No.: (213) 978-8785

Attorneys for Defendants **CITY OF LOS ANGELES and LOS ANGELES POLICE DEPARTMENT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JS - 6

BILLY G. ERVIN, JR.;

Plaintiff,

v.

CITY OF LOS ANGELES, CALIFORNIA, a government entity; CITY OF LOS ANGELES POLICE DEPARTMENT, a government entity; DOES 1 - 25;

Defendants

**CASE NO. CV11-03243 DDP(FFMx)**
[Hon. Dean D. Pregerson
Magistrate: Hon. Frederick F. Mumm]

**JUDGMENT RE: DEFENDANTS CITY OF LOS ANGELES, ET AL'S MOTION FOR SUMMARY JUDGMENT**

**[FED.R.CIV.PROC. 56]**

**[Statement of Uncontroverted Material Facts and Conclusions of Law and Proposed Order filed concurrently herewith]**

Date: September 24, 2012
Time: 10:00 a.m.
Place: Courtroom 3

Pretrial: October 29, 2012
Trial: November 6, 2012

The Defendants City of Los Angeles, et al Motion for Summary Judgment came on regularly for hearing on September 24, 2012, before the Honorable Dean D. Pregerson. The following appearances were made by the parties: on behalf of the Plaintiffs, Attorneys Altus W. Hudson, II, and on behalf of Defendants, City of Los Angeles and Los Angeles Police Department Rena M. Shahandeh. After considering the moving, opposing, and reply papers, and having heard the arguments of counsel, the Court issued its Order

granting the Motion for Summary Judgment in favor of Defendants City of Los Angeles and Los Angeles Police Department.

Therefore, for the reasons set forth by this Court granting the Summary Judgment, judgment is hereby entered in Defendants' favor and against BILLY G. ERVIN, JR. Because the Defendants are the prevailing party, they shall be entitled to recover their costs reasonably incurred.

**IT IS SO ORDERED**:

DATED: October 5, 2012

**Honorable Dean D. Pregerson**
United States District Judge